IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 5:01-CR-94-1B03 |
| | : | |
| ALVURY FRANCIS, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE SENTENCING

Steven H. Sadow, undersigned lead counsel in the above-referenced case, received notice on August 30, 2012, that this case is set for sentencing on September 18, 2012, at 9:30 a.m. in Raleigh. On or about June 19, 2012, undersigned counsel filed leaves of absence in all of his other cases covering the time period September 3-28, 2012. Undersigned counsel's assistant spoke with the Court's deputy clerk at the same time in June about filing a formal leave of absence for the same time period, September 3-28, 2012, but was informed that the Court did not recognize leaves of absence and should a conflict arise, undersigned counsel should immediately notify the Court.

In light of this scheduling conflict, undersigned counsel respectfully requests that the sentencing scheduled for September 18, 2012 be rescheduled for sometime

after September 28, 2012.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Steven H. Sadow, P.C.
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
steve8300@me.com
(404) 577-1400
Georgia State Bar No. 622075

CERTIFICATE OF SERVICE

I certify I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

This 30th day of August, 2012.

*/s/ Steven H. Sadow*
STEVEN H. SADOW