UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:01-CR-0094-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION TO SEAL |
| ALBURY FRANCIS | |

The defendant, ALBURY FRANCIS, respectfully requests that Petitioner's Reply to Government's Response in Opposition [D.E. 86 ] be filed under seal, and to remain so sealed until further ordered by the Court. The defendant also respectfully requests that copies of [D.E. 86] be disseminated to counsel for the Government and undersigned counsel.

Respectfully requested this 9th day of May, 2016.

/s/ ROBERT E. WATERS
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
Email: Robert_Waters@fd.org
N.C. State Bar No. 32985
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

I HEREBY CERTIFY that a copy of the foregoing was served upon:

JONATHAN P. HOLBROOK
Special Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on May 9, 2016, using the CM/ECF system which will send notification of such filing to the above and via email to jonathan.holbrook@usdoj.gov.

This the 9th day of May, 2016.

/s/ROBERT E. WATERS
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
Email: Robert_Waters@fd.org
N.C. State Bar No. 32985
LR 57.1 Counsel Appointed