IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:01-CR-94-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALBURY FRANCIS ) | |

This matter is before the Court on defendant's motion requesting copies of the government's sealed response and the public defender's sealed reply at docket entries eighty-one and eighty-six, and that the June 22, 2016, hearing be made a part of the appellate record. The court of appeals has found the June 22, 2016, transcript to be necessary for consideration of the appeal and has authorized the preparation of the transcript at government expense. [DE 95].

The government having no objection to defendant's request for copies of sealed filings, and good cause for the motion having been demonstrated, defendant's motion [DE 94] is GRANTED. The clerk is DIRECTED to provide defendant with copies of the filings at docket entries eighty-one and eighty-six, along with any attachments, at FCI Hazelton, Bruceton Mills, West Virginia.

SO ORDERED, this 7 day of December, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE